# Exhibit A

# Miles Spencer

## Sale of a Promissory Note issued by the Spencer Family Trust and guaranteed by Miles Spencer



### Origin of the Promissory Note – Payment Default – Bankruptcy

On August 21st, 2017 Miles Spencer, as Trustee of the Spencer Family Trust ("Trust"), signed a USD 300.000 Promissory Note (the "Note"). The note became due on July 31st, 2018.

Miles Spencer also signed a personal guarantee for payment of all amounts due under the Note.

The accountant of the Trust issued a written opinion in July 2017 that the Trust had sufficient assets to satisfy its obligations under the Note.

Neither the Spencer Family Trust, nor Miles Spencer as guarantor have made any payments under the Note. The Note remains unpaid as of this date.

A copy of the Note, the personal guarantee and the accountant's opinion can be seen here.

### Miles Spencer – Background Information

Miles Spencer (www.milesspencer.com) is an American angel investor, media entrepreneur and explorer. He is best known for his role as co-host and co-creator of MoneyHunt, a reality-based show where entrepreneurs pitch their ideas to a panel of experts. Miles Spencer is the Trustee of the Spencer Family Trust. The Spencer Family Trust owns investments made by Mr. Spencer through Vaux

# Miles Spencer

## Sale of a Promissory Note issued by the Spencer Family Trust and guaranteed by Miles Spencer

### Origin of the Promissory Note – Payment Default – Bankruptcy



On August 21st, 2017 Miles Spencer, as Trustee of the Spencer Family Trust ("Trust"), signed a USD 300,000 Promissory Note (the "Note"). The note became due on July 31st, 2018.

Miles Spencer also signed a personal guarantee for payment of all amounts due under the Note.

The accountant of the Trust issued a written opinion in July 2017 that the Trust had sufficient assets to satisfy its obligations under the Note.

Neither the Spencer Family Trust, nor Miles Spencer as guarantor have made any payments under the Note. The Note remains unpaid as of this date.

A copy of the Note, the personal guarantee and the accountant's opinion can be seen here.

### Miles Spencer – Background Information

Miles Spencer (www.milesspencer.com) is an American angel investor, media entrepreneur and explorer. He is best known for his role as co-host and co-creator of MoneyHunt, a reality-based show where entrepreneurs pitch their ideas to a panel of experts. Miles Spencer is the Trustee of the Spencer Family Trust. The Spencer Family Trust owns investments made by Mr. Spencer through Vaux les Ventures (www.vauxlesventures.com) which included investments in Operative Media and Aptaris.

### Full Disclosure

The Trust has not made any payment under the Note. The Trust received monies which were supposed to be forwarded to the holder of the note in accordance with paragraph 2 of the Note. The monies were not forwarded and are unaccounted for at this stage.

Mr. Spencer has not made any payment under his personal guarantee.

The owner of the Note has started legal proceedings against the Trust and Mr. Spencer.

On August 11th, 2021 Miles Spencer filed for bankruptcy with the United States Bankruptcy Court – District of Connecticut – case number 21-50507

### The Offer

Given the inability or unwillingness of the Spencer Family Trust to pay the amounts due under the Trust and the inability or unwillingness of Miles Spencer to honor his personal guarantee, the owner of the Note is offering to sell the Note at a discount to the full outstanding amount.

The Note can be sold and assigned in accordance with paragraph 12 of the Note.

Parties interested to purchase the note are requested to contact info@milesspencer.org indicating their full name, address and telephone number. Proof of Funds may be required.

A WordPress.com Website.